EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2002

at 12 o'clock and 30 min p M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 02-00028 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [49 U.S.C. § 46507] |
| | ) | |
| EDMUND BOLO, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about March 23, 2001, in the District of Hawaii, the defendant, EDMUND BOLO, falsely willfully and maliciously gave false information about the presence of an explosive on board an aircraft under circumstances in which it was reasonable to believe such information knowing that such information was

false in that he told a flight attendant onboard a Hawaiian Airlines flight that there was a bomb in his bag.

In violation of Title 49, United States Code, Section 46507.

DATED: _____1/23/02_____ at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney


UNITED STATES vs. EDMUND BOLO
Cr. No. _____
"Indictment"

2