ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 0 2002

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00028 SOM |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | PASSPORT RECEIPT |
| vs. | ) | |
| | ) | |
| EDMUND BOLO, | ) | EXPIRATION: 09/MAY/2002 |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 07 2008

at __ o'clock and 40 min. __ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number CC200016 issued at PHILIPPINES CONSULATE GENERAL, HONOLULU, on 09/MAY/1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on February 20, 2002 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:        1976

Place of Birth:       PHILIPPINES, SURIGAO CITY

Dated at Honolulu, Hawaii on February 20, 2002.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 7/7/08                    Signature: _____
                                           Owner of Passport